■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ARMSTRONG, Appellant. [812 NYS2d 869]—Judgment, Supreme Court, New York County (Gregory Carro, J., at suppression hearing; Michael A. Corriero, J., at plea and sentence), rendered January 17, 2003, convicting defendant of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determi-

nations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Nardelli, J.P., Williams, Catterson, McGuire and Malone, JJ.